■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAIN PRYCE, Appellant. [38 NYS3d 891]—

Judgment, Supreme Court New York County (Bruce Allen, J.), rendered August 27, 2013, convicting defendant, after a jury trial, of assault in the third degree, and sentencing him to a term of nine months, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see e.g. People v Danielson*, 9 NY3d 342, 349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports the inference that when defendant kicked the victim, he did so with the intent, at least in part, to cause physical injury. The evidence also established that the victim sustained physical injury, resulting in bruising and swelling. The fact that she treated her injury with Tylenol and a warm compress rather than seeking medical attention does not warrant a different conclusion (*see People v Guidice*, 83 NY2d 630, 636 [1994]). Concur—Friedman, J.P., Andrias, Saxe, Feinman and Kahn, JJ.